| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>SECURITIES AND EXCHANGE<br>COMMISSION,<br>                              Plaintiff,<br>             -against-<br>JAMES BERNARD MOORE, et al.,<br>                              Defendants.<br>------------------------------------------------------------ X | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/21/2019<br><br>18 Civ. 7803 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 26, 2018, the Court stayed this action until the conclusion of the related criminal case, *United States v. James Moore*, 18-mj-7370-UA-1 (Dkt. No. 18);

WHEREAS, on September 27, 2019, the Court ordered parties to submit a joint letter by October 4, 2017, addressing why this civil action should not proceed (Dkt. No. 39);

WHEREAS, on October 4, 2019, the Securities and Exchange Commission wrote a letter stating that it would be appropriate for the Court to lift the stay and allow discovery to proceed (Dkt. No. 40).  Defendant did not submit a letter.

WHEREAS, on October 8, 2019, the Court ordered Defendant to submit a letter by October 14, 2019, addressing why this civil action should not proceed (Dkt. No. 41);

WHEREAS, on October 14, 2019, Defendant did not submit a letter.  It is hereby

**ORDERED** that the stay in this action is lifted.  Counsel for all parties shall appear for an initial pretrial conference with the Court on **December 2, 2019**, at **10:30 a.m.** in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.  Please refer to Court's order at Docket No. 10 for further information, as well as for instructions regarding the joint Proposed Civil Case Management Plan and Scheduling Order and joint letter, referenced below.

It is further

**ORDERED** that, in accordance with the Court's Individual Rules, the parties shall prepare a <u>joint</u> Proposed Civil Case Management Plan and Scheduling Order in the form available at the Court's website (http://nysd.uscourts.gov/judge/Schofield) and append it to their joint letter described below, to be submitted at least seven calendar days prior to the initial pre-trial conference.  It is further

**ORDERED** that the parties shall file a <u>joint letter</u> on ECF at least seven calendar days prior to the initial pre-trial conference, not to exceed 5 pages.

The Clerk of Court is respectfully requested to mail a copy of this Order to pro se Defendant.

Dated: October 21, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**