UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                          :
SECURITIES AND EXCHANGE                   :
COMMISSION,                               :
                              Plaintiff,  :    18 Civ. 7803 (LGS)
                                          :
              -against-                   :    ORDER
                                          :
JAMES BERNARD MOORE, et al.,              :
                              Defendants. :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the initial pretrial conference in this matter is scheduled for December 3, 2019. It is hereby

**ORDERED** that the initial pretrial conference is hereby adjourned from December 3, 2019, to **December 10, 2019**, at **10:30 a.m.** in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York. It is further

**ORDERED** that the Securities and Exchange Commission is directed to make arrangements with the Warden or other official in charge at the Metropolitan Detention Center – Brooklyn, or other facility in custody of Defendant Moore, to produce Defendant Moore to an office in the facility with a reasonable degree of privacy to enable him to participate in a court conference through means of a teleconference from the facility from **10:30 a.m.** until completion of the conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to pro se Defendant.

Dated: November 26, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**