USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
                             Plaintiff, :     18 Civ. 7803 (LGS)
:
      -against- :     <u>ORDER</u>
:
JAMES BERNARD MOORE, et al., :
                           Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 21 2019, the Court lifted the stay in this action (Dkt. No. 42);

      WHEREAS, on December 19, 2019, Defendant was not timely produced by the Bureau of Prisons for a scheduled conference;

      WHEREAS, on December 19, 2019, Plaintiff communicated with Defendant , who explained that he had recently received the Commission's proposed case management plan (Dkt. No. 46), but needed time to review it and consider retaining counsel. It is hereby

      **ORDERED** that the Commission shall file a status letter by **January 6, 2020**, on the status of communications with Defendant, in particular (1) the parties' ability to communicate with each other, (2) Defendant's position regarding discovery and/or retention of counsel and (3) the Commission's proposed next steps for prosecuting the action.

      The Clerk of Court is respectfully requested to mail a copy of this Order to pro se Defendant.

Dated: December 19, 2019
       New York, New York

                                         LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**