```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                   :  DOC #:_____
SECURITIES AND EXCHANGE                            :  DATE FILED: 1/7/2020
COMMISSION,                                        :
                                    Plaintiff,     :  18 Civ. 7803 (LGS)
                                                   :
              -against-                            :  ORDER
                                                   :
JAMES BERNARD MOORE, et al.,                       :
                                    Defendants.    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 6, 2020, the Securities and Exchange Commission ("the Commission") filed a status letter (Dkt. No. 50), stating (1) that Defendant Moore had not added any member of the Commission staff to his CorrLink email account and (2) that, on January 6, 2020, the Commission staff sent draft settlement papers to Defendant Moore proposing a bifurcated settlement. The Commission also proposed that a new date for an initial discovery conference be scheduled. It is hereby

**ORDERED** that Defendant Moore shall add at least one member of the Commission's staff to his CorrLink email account by **January 21, 2020**. It is further

**ORDERED** that the Commission shall file a status letter by **February 21, 2020**, indicating the status of (1) whether Defendant Moore successfully added at least one member of the Commission's staff to his CorrLink email account and (2) Defendant's positions regarding discovery, the retention of counsel and the Commission's proposed settlement. It is further

**ORDERED** that the parties shall appear for a telephone conference with the Court on **March 11, 2020**, at **10:45 a.m.** to discuss the status of the case, with all parties calling Chambers from a landline at 212-805-0288. It is further

**ORDERED** that the Commission is directed to make arrangements with the Warden or

other official in charge at the Miami Federal Detention Center to produce Defendant Moore to an office in the facility with a reasonable degree of privacy to enable him to participate in a teleconference with the Court, on **March 11, 2020**, at **10:45 a.m.,** until completion of the conference. The Commission is further directed to ensure, to the best of its ability, that Defendant Moore is produced in a timely manner.

  The Clerk of Court is respectfully requested to mail a copy of this Order to pro se Defendant.

Dated: January 7, 2020
   New York, New York

                  LORNA G. SCHOFIELD
                 UNITED STATES DISTRICT JUDGE