```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                        Plaintiff,          :   18 Civ. 7803 (LGS)
                                                            :
                -against-                                   :   ORDER
                                                            :
JAMES BERNARD MOORE, et al.,                                :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Clerk of Court is respectfully directed to mail a copy of the Order at Dkt. No. 51 to pro se Defendant at the below address:

James Moore
#14532-104
Metropolitan Detention Center
80-29th Street
Brooklyn, New York 11232
Pro Se

SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE