```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                       Plaintiff,           :    18 Civ. 7803 (LGS)
                                                            :
                 -against-                                  :    ORDER
                                                            :
JAMES BERNARD MOORE, et al.,                                :
                                       Defendants.          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the telephone conference, currently scheduled for March 11, 2020, is hereby adjourned to **March 26, 2020, at 2:00 P.M.** due to a scheduling conflict. The parties are reminded that all other aspects of the January 7, 2020, Order apply (Dkt. No. 51), including the Court's expectation that Defendant Moore successfully add at least one member of Securities and Exchange Commission (the "Commission) staff to his CorrLink email account, and adopt a position regarding discovery, the retention of counsel and the Commission's proposed settlement. The Commission is also reminded of their obligation to make arrangements to produce Defendant Moore to participate in the telephone conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant.

Dated: February 27, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE