UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                                Plaintiff,

               -against-

JAMES BERNARD MOORE, et al.,
                               Defendants.
------------------------------------------------------------ X

18 Civ. 7803 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

LORNA G. SCHOFIELD, District Judge:

The Clerk of Court is respectfully directed to change the address listed on the docket for pro se Defendant Moore to:

    James Moore
    Metropolitan Detention Center – Manhattan
    150 Park Row
    New York, New York 10007
    Pro Se

The Clerk of Court is respectfully directed to mail a copy of the Order at Dkt. No. 55 to pro se Defendant at this address.

    SO ORDERED.

Dated: March 3, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**