```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                      Plaintiff,            :    18 Civ. 7803 (LGS)
                                                            :
                -against-                                   :    ORDER
                                                            :
JAMES BERNARD MOORE, et al.,                                :
                                      Defendants.           :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the March 4, 2020, Order required the Securities and Exchange Commission (the "Commission") to file a status letter by April 4, 2020, and every 30 days thereafter (Dkt. No. 58).

WHEREAS no such letter has been filed. It is hereby

**ORDERED** that the Commission shall file the status letter by **April 9, 2020**, and is reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

The Commission respectfully directed to mail a copy of this Order, and the forthcoming status letter, to pro se Defendant and to file proof of service by **April 10, 2020**.

Dated: April 7, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**