UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
SECURITIES AND EXCHANGE             :
COMMISSION,                                    :       18 Civ. 7803 (LGS)
                           Plaintiff,      :
                                                 :       <u>ORDER</u>
                    -against-             :
                                                 :
JAMES BERNARD MOORE et al.,        :
                            Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated March 4, 2020 (Dkt. No. 55), directed Plaintiff to file a status letter every 30 days updating the Court on the status of Defendant James Moore and the related criminal action *United States v. Moore*, 18-cr-759.

      WHEREAS, a status letter was due on January 28, 2021, but has not been filed. It is hereby

      **ORDERED** that by **February 2, 2021**, Plaintiff shall file a status letter.

Dated: January 29, 2021
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**