UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :

SECURITIES AND EXCHANGE
COMMISSION,                            :

                             Plaintiff,    :             18 Civ. 7803 (LGS)

                                       :

              -against-         :              ORDER

                                       :

JAMES BERNARD MOORE et al.,    :

                     Defendants. :
                                   X

------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 4, 2020 (Dkt. No. 58), directed Plaintiff to file status letters every thirty (30) days.

WHEREAS, Plaintiff was to file a status letter by November 25, 2021.

WHEREAS, Plaintiff has not submitted a status letter.  It is hereby

**ORDERED** that by **December 2, 2021**, Plaintiff shall submit a status letter.

Dated: November 30, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE