UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                            Plaintiff,                18 Civ. 7803 (LGS)

              -against-

                                                    ORDER

JAMES MOORE et al.,

                           Defendants.
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 6, 2022, Defendant Moore's application for *pro bono* counsel to represent him in this action was granted.

WHEREAS, on May 6, 2022, Robert Knuts filed a notice of appearance to appear as counsel for Defendant Moore.

WHEREAS, the parties stated that they may interested in exploring a resolution of this action during a conference on April 5, 2022.  It is hereby

**ORDERED** that the parties shall meet and confer regarding a potential resolution of this action, and by **June 9, 2022**, file a joint letter regarding the status of settlement discussions.

Dated: May 9, 2022
      New York, New York

                                         LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE