```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                                            :
                              Plaintiff,                    :   18 Civ. 7803 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
JAMES P. MOORE, et al.,                                     :
                                                            :
                              Defendants.                   :
                                                            X
------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 14, 2022, required the parties to file a proposed case management plan and joint letter by January 11, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for January 18, 2023, at 4:20 P.M.;

WHEREAS, the parties filed the proposed case management plan but failed to file the joint letter.  It is hereby

**ORDERED** the parties shall file a joint letter as required by the Orders at Dkt. Nos. 10 and 125 as soon as possible and no later than, **January 13, 2022, at 12:00 P.M.**

Dated: January 12, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**