UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SECURITIES AND EXCHANGE                                      :
COMMISSION,                                                  :
                                  Plaintiff,                 :    18 Civ. 7803 (LGS)
                                                             :
                -against-                                    :    ORDER
                                                             :
JAMES BERNARD MOORE, et al.,                                 :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 13, 2023, required the parties to file a status letter on March 20, 2023, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **March 23, 2023**, the parties shall file the status letter.

Dated: March 21, 2023
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**