UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                     :
SECURITIES AND EXCHANGE          :
COMMISSION,                                        :
                            Plaintiffs,  :      18 Civ. 7803 (LGS)
                -against-                   :
                                                :          **ORDER**
JAMES BERNARD MOORE, et al.,       :
                              Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion telephonic conference is scheduled for June 21, 2023, at 4:20 P.M.  It is hereby

       **ORDERED** that the pre-motion telephonic conference is adjourned to June 28, 2023, at 4:40 P.M.  The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: June 13, 2023
       New York, New York

                                                                                                  
                                                               **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**