UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                 :
SECURITIES AND EXCHANGE                :
COMMISSION,                                      :
                                     Plaintiffs, :         18 Civ. 7803 (LGS)
                    -against-                        :
                                                       :               **ORDER**
JAMES BERNARD MOORE, et al.,                :
                                        Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a pre-motion telephonic conference is scheduled for July 26, 2023, at 4:20 P.M.  It is hereby

       **ORDERED** that the pre-motion telephonic conference is adjourned to July 27, 2023, at 4:35 P.M.  The parties shall call (888) 363-4749 and use Access Code 558-3333.

Dated: July 21, 2023
       New York, New York

                                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**