```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SECURITIES AND EXCHANGE                                      :
COMMISSION,                                                  :
                                                             :
                              Plaintiff,                     :     18 Civ. 7803 (LGS)
                                                             :
              -against-                                      :            ORDER
                                                             :
JAMES BERNARD MOORE, et al.,                                 :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference in this matter was held on July 27, 2023, to discuss Plaintiff's anticipated motion for summary judgment against Defendant Moore and application for default judgment as to defendant Universal Voicetech.  It is hereby

**ORDERED** that the parties will file a joint letter alerting the Court within one week of the Second Circuit rendering a decision on Mr. Moore's appeal.  A conference will be scheduled thereafter to discuss the Government's proposed motion for summary judgment.  It is further

**ORDERED** that by **August 11, 2023**, the Government shall file its application for default judgment as to defendant Universal Voicetech in accordance with the Court's Individual Rules.

Dated: July 28, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**