

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

July 22, 2024

**By ECF**
Hon. Lorna G. Schofield
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    *Re: SEC v. James Bernard Moore and Universal Voicetech, Inc.,
      18-civ.-7803 (S.D.N.Y.) (LGS); SEC v. Haddow 17-civ.-4950 (S.D.N.Y.)
      (Related Case); SEC v. Robinson, 22-civ.-10200 (S.D.N.Y.) (Related Case)*

Dear Judge Schofield:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to inform the Court that defendant James B. Moore ("Moore") died on June 27, 2024. Commission counsel is considering its options with respect to its claims against Moore. With respect to defendant Universal Voicetech, Inc. ("UVI"), which is in default, Commission counsel is seeking authorization from the five-member Commission as to the monetary remedies to seek in its anticipated application for a default judgment. The Commission respectfully proposes that, by September 16, 2024, it file its default judgment application against UVI, in accordance with the Court's Default Judgment Procedure, and provide a status report as to Moore.

                                                   Respectfully submitted,

                                                   /s/ Christopher J. Dunnigan_____
                                                   Christopher J. Dunnigan
                                                   Senior Trial Counsel

cc: Robert Knuts, Esq. (by ECF)
    *Counsel for Defendant James P. Moore*