UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 18-civ.-7803 (LGS) |
| | : | |
| JAMES B. MOORE and UNIVERSAL VOICETECH, INC., | : | |
| | : | |
| Defendants. | : | |

---

### DECLARATION OF SERVICE OF THE
### SEPTEMBER 24, 2024 ORDER TO SHOW CAUSE

I, Christopher J. Dunnigan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a Senior Trial Counsel in the Division of Enforcement in the New York Regional Office of Plaintiff Securities and Exchange Commission (the "Commission"). I am lead counsel for the Commission in this action. I submit this Declaration pursuant to the Order to Show Cause issued by the Court on September 24, 2024 ("OSC"). (Dkt. No. 169.)

2. On September 24, 2024, I caused to be mailed by UPS overnight delivery to defendant Universal Voicetech, Inc. ("UVI") a file-stamped copy of the OSC.

3. I caused the OSC to be mailed to Universal Voicetech, Inc., c/o Ana K. Pena ("Pena"), 550 Biltmore Way, Coral Gables, Florida, 33134. Pena filed or cause to be filed a 2024 Florida Profit Corporation Annual Report with the Florida State Division of Corporations on March 26, 2024, stating that this was UVI's address. (Dkt. No. 166-10.) To my knowledge, this is the last-known business address for UVI.

1

2

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on September 25, 2024
New York, New York

*Christopher J. Dunnigan*
Christopher J. Dunnigan